UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LARRY EUGENE ORR,

        Plaintiff,

Case No. 2:22-cv-12280

HONORABLE STEPHEN J. MURPHY, III

v.

DAVID BUSACCA, et al.,

        Defendants.

_____/

## ORDER REFERRING PARTIES TO MEDIATION

A jury recently returned a verdict in *MacMaster v. Busacca*, Case No. 21-cv-11052, ECF No. 233, PageID.6985 (E.D. Mich. Aug. 12, 2025) (Murphy, J.), which may impact settlement discussions in the instant case. Because Chief Magistrate Judge Grand conducted the mediation in *MacMaster*, he is familiar with the facts of this case. Thus, the Court will refer the dispute to Judge Grand for mediation.

**WHEREFORE**, it is hereby **ORDERED** that the Court **REFERS** the parties to Judge Grand for a settlement conference and **ORDERS** the parties to proceed in compliance with Local Rule 16.4(e) unless directed otherwise by Judge Grand. The mediation must occur **no later than October 24, 2025**. The parties must **CONTACT** Judge Grand and provide him with a copy of this order as soon as practicable.

**IT IS FURTHER ORDERED** that Judge Grand must **NOTIFY** the Court within seven days of completion of the mediation, stating only the "date of completion who participated, whether settlement was reached, and whether further [alternative

1

dispute resolution] proceedings are contemplated." E.D. Mich. L.R. 16.4(e)(6). If a settlement is reached, the parties must **NOTIFY** the Court immediately upon completion of the mediation and must **SUBMIT** a proposed order of dismissal within twenty-one days. *Id.* at 16.4(e)(7). If a settlement is not reached, the parties must **NOTIFY** the Court within seven days of the completion of the mediation.

    **SO ORDERED.**

s/ Stephen J. Murphy, III<br>STEPHEN J. MURPHY, III<br>United States District Judge

Dated: August 18, 2025