UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LARRY EUGENE ORR,

        Plaintiff,

Case No. 2:22-cv-12280

HONORABLE STEPHEN J. MURPHY, III

v.

DAVID BUSACCA,

        Defendant.

                                 /

## ORDER DISMISSING CASE WITHOUT PREJUDICE

On October 15, 2025, the parties settled the case. ECF No. 53. Because of the settlement, the Court will dismiss the case without prejudice and require the parties to file closing documents dismissing the case with prejudice no later than November 7, 2025. The Court will retain jurisdiction to reopen the case if the settlement ultimately fails. The Court is most appreciative of the parties' efforts to resolve the case and to keep the Court informed of developments.

**WHEREFORE**, it is hereby **ORDERED** that the case is **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that the Parties must **FILE** their closing

1

documents dismissing the case with prejudice **no later than November 7, 2025**.

This is a final order that closes the case.

**SO ORDERED.**

s/ Stephen J. Murphy, III  
STEPHEN J. MURPHY, III  
United States District Judge

Dated: October 30, 2025