UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LARRY EUGENE ORR,

        Plaintiff,

v.

DAVID BUSACCA,

        Defendant.
_____/

Case No. 2:22-cv-12280

HONORABLE STEPHEN J. MURPHY, III

## **STIPULATED ORDER DISMISSING CASE WITH PREJUDICE**

Upon stipulation of the parties;

IT IS HEREBY ORDERED that this case is dismissed with prejudice and without costs or attorney fees to any parties;

This is a final Order and disposes of the case in its entirety.

**SO ORDERED.**

        s/ Stephen J. Murphy, III
        STEPHEN J. MURPHY, III
        United States District Judge

Dated: November 10, 2025

2

Stipulated and Approved for Entry:

*/s/ Shannon Smith w/permission*
Shannon Smith (P68683)
Attorney for Plaintiff

*/s/ Audrey K. Forbush*
Audrey K. Forbush (P41744)
Attorney for Defendant Busacca